

1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
7

**FILED**

MAR 06 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE APPLICATION )  SW NO. 1 2 SW 0 0 0 3 9 - DLB
    OF THE UNITED STATES OF AMERICA )
12  FOR AUTHORIZATION TO OBTAIN      )  **UNDER SEAL**
    LOCATION DATA CONCERNING a       )
13  1995 GMC Jimmy,                  )  SEALING ORDER
    VIN: 1GKDT13W6S2512940,          )
14  CA LICENSE: 6RKK588.             )
                                     )
15                                   )
                                     )
16  _____ )

17      The United States of America, having applied to this Court, for

18  an Order permitting it to file the search warrant, application,

19  affidavit, and order re: authorization to obtain location data in the

20  above-entitled proceedings, together with its Application to Seal,

21  Memorandum of Points and Authorities and the accompanying Declaration

22  of Ian L. Garriques, under seal, and good cause appearing therefore,

23      IT IS HEREBY ORDERED that the search warrant, application,

24  affidavit, order re: authorization to obtain location data, in the

25  above-entitled proceeding, together with the Application To Seal of

26  the United States Attorney and the accompanying Memorandum of Points

27  //

28  //

1

1  and Authorities and Declaration of Ian L. Garriques, shall be filed

2  with the Court under seal and shall not be disclosed pending further

3  order of this court.

4  DATED:   3/6/12

_____

U.S. MAGISTRATE JUDGE

2